

ORIGINAL
FILED
OCT 08 2009
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

CATHERINE GEBHARDT, )
 )
    Petitioner, )
 )
Vs. ) CIVIL ACTION
 ) FILE NO. 3:09-CV-00425-TWP
GMAC MORTGAGE, LLC and )
MGC MORTGAGE, INC., )
 )
    Respondents. )

### BRIEF IN SUPPORT OF MGC MORTGAGE, INC.'S MOTION TO DISMISS PETITION

COMES NOW MGC MORTGAGE, INC. and in support of its Motion to Dismiss Petition, shows the court as follows:

As admitted by Petitioner in her Petition, MGC Mortgage, Inc. is but a mere transferee of the indebtedness and security instrument that is the subject of this action. MGC did not originate the loan in question, and consequently Petitioner wholly fails to state a cause of action against MGC, for the reasons set forth in the Brief in Support of GMAC Mortgage, LLC's Motion to Dismiss Petition, which arguments and Brief are for the sake of brevity incorporated herein by this reference as if fully set forth herein *verbatim*.

WHEREFORE, MGC Mortgage, Inc. requests that the Court DISMISS this action in its entirety and with prejudice as against it.

This the 7 day of October, 2009.

                                    MCCURDY AND CANDLER, L.L.C.

                        By: _____
                                Frank R. Olson
                                TN B.P.R. No. 023999
                                Laura A. Grifka
                                TN B.P.R. No. 015119
                                Attorney for Defendant MGC Mortgage, Inc.

P. O. Box 57
Decatur, GA 30031
TEL: (404)373-1612
FAX: (678)891-5769
EMAIL: folson@mccurdycandler.com

CERTIFICATION

The foregoing pleading was prepared using the Microsoft Word 2003 word processing program, in 12-point Courier New font, and was served by regular United States mail to the following:

Andrew Farmer
103 Commerce Street
Sevierville, TN 37862

Christopher Thorsen
Bradley Arant Boult Cummings
1600 Division St., Ste 700
Nashville, TN 37203

This 7 day of October, 2009.

By: /s/ Frank R. Olson
Frank R. Olson
TN B.P.R. No. 023999
Laura A. Grifka
TN B.P.R. No. 015119
Attorney for Defendant MGC Mortgage, Inc.

P.O. Box 57
Decatur, Georgia 30031
Telephone: 404-373-1612