## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| CATHERINE GEBHARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-425 |
| ) | (Phillips) |
| GMAC MORTGAGE, LLC, and ) | |
| MGC MORTGAGE, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motions to Dismiss filed by defendants GMAC Mortgage, LLC, and MGC Mortgage, Inc. [Docs. 3, 5]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Catherine Gebhardt take nothing, that plaintiff's state law claims be **DISMISSED WITH PREJUDICE**, and that the defendants recover of the plaintiff their costs of action.

Dated at Knoxville, Tennessee, this _____ day of July, 2010.

                                                 s/ Patricia L. McNutt
                                                   Clerk of Court